O

# United States District Court
# Central District of California

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>QUAD/GRAPHICS, INC.,<br><br>    Defendant. | Case № 2:16-cv-00100-ODW (AFMx)<br><br>**ORDER GRANTING IN PART DEFENDANT'S EX PARTE APPLICATION [10]** |

/ / /

/ / /

/ / /

On January 15, 2016, Defendant Quad/Graphics, Inc. applied to this Court for an order extending by fourteen days the time in which to respond to the Complaint. (ECF No. 10.) Plaintiff opposes the requested relief. Based on the papers submitted by the parties, the Court finds that there is cause for a seven-day extension of time for Defendant to respond to the Complaint. The Court therefore **GRANTS IN PART** Defendant's application. Defendant shall respond to the Complaint on or before **February 4, 2016**.

**IT IS SO ORDERED.**

January 19, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**