O

# United States District Court
# Central District of California

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUAD/GRAPHICS, INC.,<br><br>　　　　　Defendant. | Case № 2:16-cv-00100-ODW (AFMx)<br><br>**ORDER GRANTING IN PART DEFENDANT'S EX PARTE APPLICATION [24]** |

/ / /

/ / /

/ / /

On February 23, 2016, Plaintiff GCIU-Employer Retirement Fund applied to this Court for leave to file objections and a sur-reply with respect to the issue whether Plaintiff's second claim for relief is now moot. (ECF Nos. 24, 25.) Defendant does not oppose the request. (Ditty Decl. ¶ 5.) Good cause appearing, the Court **GRANTS** Plaintiff's application. Plaintiff may file its objections and sur-reply as requested on or before **February 29, 2016**.

**IT IS SO ORDERED.**

February 24, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**