O

# United States District Court
# Central District of California

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUAD/GRAPHICS, INC.,<br><br>　　　　Defendant. | Case № 2:16-cv-00100-ODW (AFMx)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION [27, 28] AND VACATING HEARING ON MOTION TO DISMISS [18]** |

/ / /

/ / /

/ / /

On February 28, 2016, Defendant Quad/Graphics, Inc. applied to this Court for leave to file a request for judicial notice and a supplemental declaration in support of its Motion to Dismiss. (ECF No. 27.) Plaintiff GCIU-Employer Retirement Fund does not appear to oppose Defendant's application, but requests leave to file a response to the request for judicial notice and the supplemental declaration. (ECF No. 28.) The Court hereby **GRANTS** both Defendant's application and Plaintiff's request for supplemental briefing. (ECF Nos. 27, 28.) On or before **March 2, 2016**, Plaintiff may respond to Defendant's request for judicial notice and supplemental declaration. Plaintiff's response shall not exceed two pages. The parties shall not file any further documents or requests in connection with Defendant's pending Motion to Dismiss.

In addition, after considering the papers filed in support of and in opposition to the Motion, the Court hereby **VACATES** the hearing on the Motion. (ECF No. 18.) No appearances are necessary. The matter stands submitted, and will be decided upon without oral argument. Fed. R. Civ. P. 78; C.D. Cal. R. 7-15. An order will issue.

**IT IS SO ORDERED.**

February 29, 2016

_____
 **OTIS D. WRIGHT, II
 UNITED STATES DISTRICT JUDGE**